No. 97–9560.  YOUNG *v.* DENNIS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–9561.  ZERLA *v.* OHIO.  Ct. App. Ohio, Franklin County. Certiorari denied.

No. 97–9563.  STORY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–9564.  PAREDES-BATISTA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–9565.  CRAWFORD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–9566.  BETANCOURT *v.* WHITE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–9567.  WILLIAMS *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 97–9568.  BOWMAN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–9569.  CARTER *v.* ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–9572.  HUGHES *v.* MITCHELL, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–9573.  HARRISON *v.* HELMAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 97–9574.  FREEMAN *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 97–9575.  HALL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9576.  GONZALEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–9578.  GARCIA *v.* THOMAS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.